# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FIFTH THIRD BANK, an Ohio banking corporation, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action |
| vs. | ) |
| | ) Case No. 10-mc-354 |
| METAL FOUNDATIONS, LLC a Delaware limited liability company, | ) |
| | ) |
| Defendant, | ) |

## ORDER

AND NOW, this ___Jan 19___, 2011, upon Motion of Plaintiff, it is hereby Ordered that the United States Marshal is directed to serve Plaintiff's Complaint in Confession of Judgment, the Entry of Judgment, Notice of Execution pursuant to Pa.R.C.P. 2958.1, and Notice of Execution pursuant to 42 Pa.C.S.A § 2737.1 upon Defendant, Metal Foundations, LLC.

_____
CHIEF UNITED STATES DISTRICT JUDGE